IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00615-RPM-BNB

RYAN THOMAS,

Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 26, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 12, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge