**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00615-RPM-BNB

RYAN THOMAS,

       Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: May 28th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                U.S. DISTRICT JUDGE